[No. 269-3.    Division Three.    November 25, 1970.]

*In the Matter of the Application for a Writ of Habeas Corpus of* ROBERT MONTAGUE, *Petitioner,* v. WILLIAM R. CONTE, *Respondent.*

*Robert Montague,* pro se.

*Slade Gorton, Attorney General,* and *Paul J. Murphy, Assistant,* for respondent.

PER CURIAM.—Robert Montague, convicted on a charge of unlawful possession of a narcotic drug, seeks to challenge the legality of an instruction by writ of habeas corpus.

The purpose of a writ of habeas corpus is to inquire into the legality of petitioner's restraint and to determine whether his constitutional right to due process in law have been violated. *Pettit v. Rhay,* 62 Wn.2d 515, 518, 383 P.2d 889 (1963). Since the propriety of an instruction should be challenged by appeal, petitioner's application is not within the scope of the habeas corpus remedy. *Massey v. Rhay,* 76 Wn.2d 78, 455 P.2d 367 (1969).

The judgment and sentence under which petitioner is restrained is valid on its face. Consequently, the application for writ of habeas corpus is denied.